**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

___

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
|   Plaintiff, | ) | |
| | ) | |
| VS | ) | CASE NO. 2:14cr20006-JTF-001 |
| | ) | |
| CHERYL WRIGHT | ) | |
| | ) | |
|   Defendant. | ) | |

___

## ORDER TO SURRENDER
___

The defendant, Cheryl Wright, having been sentenced in the above case to the custody of the Bureau of Prisons and having been granted leave by the Court to report to the designated facility, **IS HEREBY ORDERED** to surrender to the Bureau of Prisons by reporting **FCI Greenville; 100 US Route 40; Greenville, IL 62246** by **2:00 p.m.** on **THURSDAY, OCTOBER 23rd, 2014.**

**IT IS FURTHER ORDERED** that upon receipt of a copy of this Order the defendant shall report immediately to the Office of the Clerk, Federal Office Building, 167 N. Main Street, Room 242, Memphis, Tennessee 38103 to acknowledge by signature receipt of a copy of this Order and that the defendant will report as ordered to the facility named above.

**ENTERED** this the 30th day of September, 2014.

                                                s/John T. Fowlkes, Jr.
                                          **UNITED STATES DISTRICT JUDGE**

# ACKNOWLEDGMENT

**I agree to report as directed above and understand that
if I fail to report, I may be cited for contempt of
Court and if convicted, may be punished by
imprisonment, fine or both.**

**Signed and acknowledged before me on** _____

_____            _____

**Clerk/Deputy Clerk**                                    **Defendant**